PENNSYLVANIA & DELAWARE OIL Co., Plaintiff, *v.* A. KLIFSTEIN & Co., Defendant.

(City Court of the City of New York, Trial Term, June, 1919.)

Exceptions — Code Civ. Pro. § 1000.

> The only exceptions which can be ordered heard at the Appellate Division in the first instance (Code Civ. Pro., § 1000) are those of the moving party.

MOTION that plaintiff's exceptions upon its affirmative case be heard in the first instance by the Appellate Division.

Rounds, Hatch, Dillingham & Debevoise, for plaintiff.

John J. Schwartz, for defendant.

LA FETRA, J.   This is a motion by defendant that plaintiff's exceptions upon its affirmative case, resulting in a dismissal of the complaint, be heard in the first instance by the Appellate Division. Although the direction was made by me in writing at the conclusion of the trial, only the exceptions of the party making the motion can be thus ordered to be heard. Code Civ. Pro. § 1000; 15 Bench & Bar, 65. Accordingly, upon reconsideration, the motion is denied.

Motion denied.